UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI **FILED**
EASTERN DIVISION

NOV 0 8 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | U. S. DISTRICT COURT |
| | ) | E. DIST. OF MO. |
| Plaintiff, | ) | ST. LOUIS |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID ORIN GRAY, JR., | ) No. | |
| WADE MENDENHALL, | ) | |
| SHANE ROBERTSON, | ) | **4:07CR00678   JCH** |
| JARED WOOD, | ) | |
| SHANE R. CANADAY, and | ) | |
| MICHAEL CURLEY, | ) | |

Defendants.

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jury, but including November 2003, and

continuing thereafter to and including the date of this indictment, with the exact dates unknown

to this Grand Jury, in Dent County, Phelps County and elsewhere within the Eastern District of

Missouri and elsewhere, the defendants,

**DAVID ORIN GRAY, JR.,**
**WADE MENDENHALL,**
**SHANE ROBERTSON,**
**JARED WOOD,**
**SHANE R. CANADAY, and**
**MICHAEL CURLEY,**

did knowingly and willfully conspire, combine, confederate and agree with each other and with

William Richmond and other persons both known and unknown to this Grand Jury, to commit an

offense against the United States, to wit: to possess pseudoephedrine, a List I chemical, knowing

and having reasonable cause to believe that the pseudoephedrine would be used to manufacture a controlled substance, to wit: a mixture or substance containing a detectable amount of methamphetamine, in violation under Title 21, United States Code, Section 841(c)(2).

All in violation of Title 21, United States Code, Section 846 and punishable under Title 21, United States Code, Section 841(c).

## COUNT TWO

The Grand Jury further charges that:

Beginning at a time unknown to the Grand Jury, but including November 2003, and continuing thereafter to and including the date of this indictment, with the exact dates unknown to this Grand Jury, in Dent County and elsewhere within the Eastern District of Missouri, and elsewhere,

**DAVID ORIN GRAY, JR., and
MICHAEL CURLEY,**

the defendants herein, did knowingly and willfully conspire, combine and confederate and agree with each other and with William Richmond and other persons both known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to manufacture and distribute a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance drug, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846; and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT THREE

The Grand Jury further charges that:

2

Beginning at a time unknown to the Grand Jury, but including December 2003, and continuing thereafter to and including the date of this indictment, with the exact dates unknown to this Grand Jury, in Dent County, Phelps County and elsewhere within the Eastern District of Missouri and elsewhere, the defendants,

**DAVID ORIN GRAY, JR., and
MICHAEL CURLEY,**

did knowingly and willfully conspire, combine, confederate and agree with each other and with William Richmond and other persons both known and unknown to this Grand Jury, to commit an offense against the United States, to wit: to possess red phosphorous, a List I chemical, knowing and having reasonable cause to believe that the red phosphorous would be used to manufacture a controlled substance, to wit: a mixture or substance containing a detectable amount of methamphetamine, in violation under Title 21, United States Code, Section 841(c)(2).

All in violation of Title 21, United States Code, Section 846 and punishable under Title 21, United States Code, Section 841(c).

**COUNT FOUR**

The Grand Jury further charges that:

On or about December 31, 2003, in Dent County, within the Eastern District of Missouri, the defendants,

**DAVID ORIN GRAY, JR., and
MICHAEL CURLEY,**

did knowingly and intentionally possess red phosphorous, a List I chemical, knowing and having reasonable cause to believe, that the listed chemical would be used to manufacture a controlled substance.

3

In violation of Title 21, United States Code, Section 841(c)(2) and punishable under Title 21, United States Code 841(c).

## COUNT FIVE

The Grand Jury further charges that:

On or about December 31, 2003, in Dent County, within the Eastern District of Missouri, the defendant,

## DAVID ORIN GRAY, JR.,

did manage or control a place, to-wit: 2026 West Highway 32, Salem, Missouri,  either as owner, lessee, agent, employee, occupant, or mortgagee, and did knowingly and intentionally profit from, and make available for use that place for the purpose of unlawfully manufacturing, storing, distributing, and using any controlled substance, to-wit: methamphetamine.

In violation of Title 21, United States Code, Section 856 (a)(2) and punishable under Section 21, United States Code, Section 856(b).

## COUNT SIX

The Grand Jury further charges that:

On or about November 26, 2006, in Dent County, within the Eastern District of Missouri, the defendant,

## DAVID ORIN GRAY, JR.,

did knowingly and intentionally possess pseudoephedrine, a List I chemical, knowing and having reasonable cause to believe, that the listed chemical would be used to manufacture a controlled substance.

In violation of Title 21, United States Code, Section 841(c)(2) and punishable under Title

4

21, United States Code 841(c).

## COUNT SEVEN

The Grand Jury further charges that:

On or about September 14, 2006, in Dent County, within the Eastern District of Missouri,

## SHANE R. CANADAY,

the Defendant herein, having been previously convicted of one or more felony offenses

punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, to

wit:  (1) a Remington brand, Model 550-1, .22 caliber, semiautomatic rifle, bearing no serial

number, said firearm having traveled in interstate or foreign commerce prior to the defendant's

possession of it.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____

FOREPERSON

CATHERINE L. HANAWAY
United States Attorney


_____

NOELLE C. COLLINS, #109678
Assistant United States Attorney