UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

NOV 08 2007

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID ORIN GRAY, JR., | ) | No. |
| WADE MENDENHALL, | ) | |
| SHANE ROBERTSON, | ) | |
| JARED WOOD, | ) | 4:07CR00678 JCH |
| SHANE R. CANADAY, and | ) | |
| MICHAEL CURLEY, | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S ENTRY OF APPEARANCE**

COME NOW Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Noelle C. Collins, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

Noelle C. Collins

NOELLE C. COLLINS, #109678
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-7622