FILED

DEC 20 2007

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S1-4:07CR678JCH(DDN) |
| | ) | |
| DAVID ORIN GRAY, JR., | ) | COUNTS I-VI & VIII |
| TRAVIS JAY RUSSELL, | ) | COUNT I |
| MARK BRISCO, | ) | COUNTS I & VI |
| TOMMY RAY TURNER, | ) | COUNT I |
| WADE MENDENHALL, | ) | COUNT I |
| SHANE ROBERTSON, | ) | COUNT I |
| JARED WOOD, | ) | COUNT I |
| SHANE R. CANADAY, | ) | COUNTS I & VII |
| MICHAEL CURLEY, and, | ) | COUNTS I-IV |
| THOMAS WIND, | ) | COUNT I |
| | ) | |
| Defendants. | | |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jury, but including November 2003, and continuing thereafter to and including the date of this indictment, with the exact dates unknown to this Grand Jury, in Dent County, Phelps County and elsewhere within the Eastern District of Missouri and elsewhere, the defendants,

**DAVID ORIN GRAY, JR.,**
**TRAVIS JAY RUSSELL,**
**MARK BRISCO,**
**TOMMY RAY TURNER,**
**WADE MENDENHALL,**
**SHANE ROBERTSON,**
**JARED WOOD,**
**SHANE R. CANADAY,**
**MICHAEL CURLEY, and,**

**THOMAS WIND,**

did knowingly and willfully conspire, combine, confederate and agree with each other and with William Richmond and other persons both known and unknown to this Grand Jury, to commit an offense against the United States, to wit: to possess pseudoephedrine, a List I chemical, knowing and having reasonable cause to believe that the pseudoephedrine would be used to manufacture a controlled substance, to wit: a mixture or substance containing a detectable amount of methamphetamine, in violation under Title 21, United States Code, Section 841(c)(2).

All in violation of Title 21, United States Code, Section 846 and punishable under Title 21, United States Code, Section 841(c).

**COUNT TWO**

The Grand Jury further charges that:

Beginning at a time unknown to the Grand Jury, but including November 2003, and continuing thereafter to and including the date of this indictment, with the exact dates unknown to this Grand Jury, in Dent County and elsewhere within the Eastern District of Missouri, and elsewhere,

**DAVID ORIN GRAY, JR., and**
**MICHAEL CURLEY,**

the defendants herein, did knowingly and willfully conspire, combine and confederate and agree with each other and with William Richmond and other persons both known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to manufacture and distribute a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance drug, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846; and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT THREE

The Grand Jury further charges that:

Beginning at a time unknown to the Grand Jury, but including December 2003, and continuing thereafter to and including the date of this indictment, with the exact dates unknown to this Grand Jury, in Dent County, Phelps County and elsewhere within the Eastern District of Missouri and elsewhere, the defendants,

**DAVID ORIN GRAY, JR., and**
**MICHAEL CURLEY,**

did knowingly and willfully conspire, combine, confederate and agree with each other and with William Richmond and other persons both known and unknown to this Grand Jury, to commit an offense against the United States, to wit: to possess red phosphorous, a List I chemical, knowing and having reasonable cause to believe that the red phosphorous would be used to manufacture a controlled substance, to wit: a mixture or substance containing a detectable amount of methamphetamine, in violation under Title 21, United States Code, Section 841(c)(2).

All in violation of Title 21, United States Code, Section 846 and punishable under Title 21, United States Code, Section 841(c).

## COUNT FOUR

The Grand Jury further charges that:

On or about December 31, 2003, in Dent County, within the Eastern District of Missouri, the defendants,

**DAVID ORIN GRAY, JR., and**
**MICHAEL CURLEY,**

did knowingly and intentionally possess red phosphorous, a List I chemical, knowing and having reasonable cause to believe, that the listed chemical would be used to manufacture a controlled substance, to-wit: methamphetamine.

In violation of Title 21, United States Code, Section 841(c)(2) and punishable under Title 21, United States Code 841(c).

**COUNT FIVE**

The Grand Jury further charges that:

On or about December 31, 2003, in Dent County, within the Eastern District of Missouri, the defendant,

**DAVID ORIN GRAY, JR.,**

did manage or control a place, to-wit: 2026 West Highway 32, Salem, Missouri, either as owner, lessee, agent, employee, occupant, or mortgagee, and did knowingly make available for use that place for the purpose of unlawfully manufacturing, storing, distributing, and using any controlled substance, to-wit: methamphetamine.

In violation of Title 21, United States Code, Section 856 (a)(2) and punishable under Section 21, United States Code, Section 856(b).

**COUNT SIX**

The Grand Jury further charges that:

On or about November 27, 2006, in Dent County, within the Eastern District of Missouri, the defendants,

**DAVID ORIN GRAY, JR., and**
**MARK BRISCO,**

did knowingly and intentionally possess pseudoephedrine, a List I chemical, knowing and having reasonable cause to believe, that the listed chemical would be used to manufacture a controlled substance, to-wit: methamphetamine.

In violation of Title 21, United States Code, Section 841(c)(2) and punishable under Title 21, United States Code 841(c).

**COUNT SEVEN**

The Grand Jury further charges that:

On or about September 14, 2006, in Dent County, within the Eastern District of Missouri,

**SHANE R. CANADAY,**

the Defendant herein, having been previously convicted of one or more felony offenses punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, to wit: (1) a Remington brand, Model 550-1, .22 caliber, semiautomatic rifle, bearing no serial number, said firearm having traveled in interstate or foreign commerce prior to the defendant's possession of it.

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT EIGHT**

The Grand Jury further charges that:

On or about December 5, 2007, in Dent County, within the Eastern District of Missouri, the defendant,

**DAVID ORIN GRAY, JR.,**

did knowingly and intentionally possess pseudoephedrine, a List I chemical, knowing and having reasonable cause to believe, that the listed chemical would be used to manufacture a controlled substance, to-wit: methamphetamine.

In violation of Title 21, United States Code, Section 841(c)(2) and punishable under Title 21, United States Code 841(c).

A TRUE BILL.

____________________________
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

__________________________________
NOELLE C. COLLINS, #109678
Assistant United States Attorney