Rev.11/5/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date _1-15-08_ Judge _____DON_____    Case No. _4:07Cv678JCH/DON_

UNITED STATES OF AMERICA v._____Mark  Brisco (Not Present)_

Court Reporter _____FTR_____    Deputy Clerk _____eLiddy_____

Assistant United States Attorney(s) _____Noelle  Collins_____

Attorney(s) for Defendant(s) _____J+Af  Gold Pavb_____

Interpreter _____    ☐ **SEALED PROCEEDING**

**Proceedings:**

| | | |
|---|---|---|
| [ ] Initial Appearance | ☐ Detention Hearing | ☐ Preliminary Revocation |
| [ ] Arraignment | ☐ Bond Review | ☐ Probation |
| [ ] Preliminary Examination | ☐ Bond Execution/Appearance Bond | ☐ Supervised Release |
| [ ] Motion Hearing | ☐ In Court Hrg **(WAIVER OF MOTIONS)** ☐ Competency | |
| ☐ Evidentiary Hearing | ☐ Change of Plea/Sentencing | ☒ Pretrial/Status Conference |
| ☐ Oral Argument/Non Evidentiary Hearing | ☐ Rule 5(c)(3)Removal (Identity) | ☐ Material Witness |

Parties present for hearing on _____Cause  reset  for  arraignment  1-18-08 @ 10 am_____

[ ] Oral Motion for appointment of counsel (GRANTED)  ☐ Defendant is advised of rights/indicates understanding of those rights.

[ ] Bail/Bond set in the amount of: $_____    ☐ Secured Appearance Bond  ☐ Secured by 10%

☐ Secured by cash only    ☐ Secured by property    ☐ Unsecured bond    ☐ O/R bond

[ ] Government filed motion for pretrial detention.  Detention hearing scheduled for_____ @ _____

[ ] Preliminary examination set for_____ @ _____

[ ] Defendant arraigned    ☐ Waives reading of indictment/information    ☐ Matter taken under advisement

[ ] Plea entered _____    Order on pretrial motions:    ☐ issued    ☐ to issue

**☐ Oral Mtn for Suppression by deft    ☐ Oral Mtn for Time to File Pretrial Mtns by deft**
**☐ Oral Mtn for Determination of Arguably Suppressible Evidence by Govt**

[ ] Defendant waives_____    ☐ order to issue    ☐ oral ruling

[ ] Defendant waives evidentiary hearing    ☐ By leave of court withdraws all pretrial motions

Trial date/time _____    Before _____

☐ Remanded to custody    ☐ Released on bond

Next hearing date/time _____    Type of hearing _____    Before _____

Proceeding commenced _____9:17a_____    Proceeding concluded _____9:19a_____    Continued to _____

[ ] Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.