UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S1-4:07CR00678 JCH (DDN) |
| | ) | |
| DAVID ORIN GRAY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S REQUEST FOR DISCOVERY**

Comes now the United States of America by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Noelle C. Collins, Assistant United States Attorney for said District, and requests that the defense provide the following discovery pursuant to Rules 16 and 26 of the Federal Rules of Criminal Procedure:

1. Copies of or the right to inspect and copy or photograph any books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in its case at trial.

2. Copies of or the right to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in its case at trial or which were prepared by a witness whom the defendant intends to call at trial when the results or reports relate to that witness' testimony.

3. A written summary of testimony the defense intends to use under Rules 702, 703 or 705 of the Federal Rules of Evidence, including the opinions of such witnesses, the bases therefore, and the witness' qualifications.

4. Copies of all statements of any defense witness that relate to the subject matter to which the witness will testify.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

s/ Noelle C. Collins
NOELLE C. COLLINS, #109678
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-7622

**CERTIFICATE OF SERVICE**

(2)

I hereby certify that on January 18, 2008, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system, and hand delivered, upon the following:

Attorneys of Record for all defendants.

s/ Noelle C. Collins
NOELLE C. COLLINS, #109678
Assistant United States Attorney