FILED

JUN - 3 2010 _RC_

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )        4.07 CR 678JCH
                                 )
     vs.                         )        Case No. 41669
                                 )
     Jared t wood                )
                                 )
            Defendant.           )

**MOTION FOR EARLY TERMINATION OF PROBATION OR
SUPERVISED RELEASE TERM**

I, _Jared T Wood_ , request that my term of probation or supervised release

be  terminated early for the following reasons: _____

_____

_____

*(Attach additional sheets of paper, if necessary, as well as any exhibits you wish to file)*

_June 1, 2010_
Date

_Jared Iwood_
(Signature of Defendant)
_2450 C. K. 2070_
(Address)
_Salem, Mo. 65560_

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed or hand delivered a true copy of this Motion to United States

Probation Officer _Andrew Heald_ [name]  and to the United States Attorney's Office on

_June 1, 2010_ , 20__.

_Jared I wood_
(Signature of Defendant)

#330